**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>Developer Finance</u>
<u>Corporation, et al.</u>

 v.            Civil No. 10-cv-462-LM

<u>Chicago Title Insurance</u>
<u>Company</u>


**<u>O R D E R</u>**

  This order resolves the dispute raised originally by plaintiffs in a seemingly routine request for an extension and continuance (doc. no. 23), but which thereafter spawned a total of five motions and five endorsed orders. The court grants in part and denies in part Chicago Title's Motion for Reconsideration and/or Clarification (doc. no. 30) as follows:

  a. Chicago Title is not required to refile its motion for summary judgment (or any other motion properly before the court).

  b. By endorsed order dated January 10, 2012, the court extended the summary judgment deadline and continued the trial date.

  c. The question of whether Chicago Title may file a request for fees and costs upon the occurrence of an event that may or may not take place at some point in

the future is not properly before the court.  Chicago Title's request for such an order is denied.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

February 3, 2012

cc:   Conrad WP Cascadden, Esq.
      Paul R. Kfoury, Sr., Esq.
      Martha Van Oot, Esq.